# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER SHEKAR** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 24-6794** |
| | : | |
| **SELENE FINANCE L.P.** | : | |

## ORDER

**AND NOW**, this 21st day of March 2025, following our February 19, 2025 Order granting Plaintiff leave to proceed without paying the filing fees based upon his demonstrated indigency (ECF 21), following our mandated Section 1915 screening of the allegations, mindful of the public record of Plaintiff's earlier cases dismissing largely identical allegations in the Northern District of Illinois and Court of Appeals for the Seventh Circuit, for good cause, and consistent with today's accompanying Memorandum, it is **ORDERED** we:

1. **DISMISS** the Complaint (ECF 1) without prejudice to file an amended Complaint narrowly tailored to the Defendant's alleged conduct since 2024 consistent with the accompanying Memorandum and the governing law by no later than **April 4, 2025**;

2. **DECLINE** to exercise supplemental jurisdiction over the variety of state law claims absent a basis for federal jurisdiction plead through an amended Complaint;

3. **DIRECT** the Clerk of Court not to issue summons until further Order; and,

4. **REMIND** Plaintiff we may **close** the case without further notice absent timely compliance with this Order.

_____
**KEARNEY, J.**